Cases which pointedly support our conclusion herein are: Traders & General Ins. Co. v. Shanks (Tex.Civ.App. Writ. ref.) 83 S.W.(2d) 781, and numerous authorities there collated.

Opinion adopted by the Supreme Court.

## WELCH v. STATE.
### No. 19122.

Court of Criminal Appeals of Texas.
June 2, 1937.
Rehearing Denied June 25, 1937.

Theo Koenig, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for theft; punishment, three years in the penitentiary.

The record is here without bills of exceptions or statement of facts. All matters of procedure appear regular.

The judgment is affirmed.

## JACKSON v. STATE.
### No. 19111.

Court of Criminal Appeals of Texas.
June 9, 1937.

Jess M. Davis, of Corpus Christi, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is burglary; penalty assessed at confinement in the penitentiary for forty-six years.

The indictment appears regular and properly presented. Appellant entered a plea of guilty to the offense charged and waived a jury upon the trial. The record is before us without statement of facts or bills of exception.

No error having been perceived or pointed out, the judgment is affirmed.